AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: <br> 7:20MJ-1114-RJ | Date and time warrant executed: <br> 6/2/2020  7:05 PM | Copy of warrant and inventory left with: <br> INSIDE RESIDENCE |
| Inventory made in the presence of: DWELLING WAS UNOCCUPIED ||| 
| Inventory of the property taken and name of any person(s) seized: <br><br> SEE ATTACHED INVENTORY OF PROPERTY TAKEN |||

FILED

JUN 0 4 2020

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/3/20

_____
*Executing officer's signature*

William Anderson - FBI SA
*Printed name and title*

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION

# RECEIPT FOR PROPERTY

Case ID: 267D-PH-2999492

On (date) 6/2/2020

item(s) listed below were:
- ☒ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☐ Released To

(Name) _____

(Street Address) 19 Duck Haven Drive Whiteville, North Carolina 28472

(City) WHITEVILLE, NC 28472

## Description of Item(s):

Lease Agreement/Documents

Car rental Paper Work/Documents

T-Moibe (cellphone) bill/Documents

Clear Plastic Bags containing potential marijuana/Rolling Papers/

Suspected Heroin

Suspected Heroin

Suspected Heroin and Rice

iPhone and box

Springfield XDS9, 9mm, sn:S3898512

(9) Perfecta 9mm Lugar cartridges

Empty heroin bindles / paraphrenilia, in a box possing the US Postal Service Priorty Mail label mailed to: Anthony Brown, 990 Bowen Banks Drive, East Arcadia NC 28456

Empty Heroin Bindles

Miscellaneous drug packaging/manufacturing equipment

Received By: _____　　　Received From: _____
　　　　　　　　(signature)　　　　　　　　　　　　　　　　　　　　(signature)

Printed Name/Title: _____　　Printed Name/Title: _____

# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>19 Duck Haven Dr., Whiteville, NC 28472 | ) ) ) ) ) ) Case No. 7:20mj-1114-RJ |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Eastern     District of     North Carolina     *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before   June 16, 2020   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ any EDNC United States Magistrate Judge     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
    ☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   June 2, 2020
                        6:45 p.m.                                    _____
                                                                         *Judge's signature*

City and state:   Wilmington, NC                          Robert B. Jones, Jr. United States Magistrate Judge
                                                                        *Printed name and title*

## ATTACHMENT A

### Property to be Searched

That certain real property located at 19 Duck Haven Dr. Whiteville, North Carolina (hereinafter referred to as the "SUBJECT PREMISES"), more particularly described as a raised mobile home, tan in color, with a white door with the number "19" to the right of the front door. The SUBJECT PREMISES is located at the intersection of Duck Haven Drive and Old Wilmington Road in Whiteville, NC.



The above photo, taken on June 2, 2020, depicts the front of SUBJECT PREMISES.

12



The above photo taken on June 2, 2020, depicts the rear of SUBJECT PREMISES. This photo was shown to AMANDA MCPHILLIPS on June 2, 2020 who confirmed this was the location where she stored drugs and money.

This Search Warrant is to include other storage locker areas, detached closets, silos, outbuildings, containers, vehicles and yard areas associated therewith and used in connection with or within the curtilage of the same.

13

